UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHENZHEN NEEWER TECHNOLOGY CO., LTD., <br><br> Plaintiff, <br><br> -v.- <br><br> ALLISMAN (SHENZHEN) TECHNOLOGY CO., LTD. and SHENZHEN MAITEWEI INVESTMENT AND DEVELOPMENT CO., LTD, <br><br> Defendants. | 20 Civ. 9446 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

    The Order to Show Cause Hearing scheduled for November 30, 2020, at 12:30 p.m. shall take place by teleconference.  At the scheduled time, the parties shall call (888) 363-4749 and enter access code 5123533.  Please note that the conference will not be available until 12:30 p.m.  Plaintiff shall serve a copy of this Order on Defendants using any and all methods that Plaintiff has previously used to serve Defendants.

    SO ORDERED.

Dated:    November 24, 2020
             New York, New York

                                                     KATHERINE POLK FAILLA
                                                     United States District Judge